**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| TEAMSTERS LOCAL 251 HEALTH SERVICES AND INSURANCE PLAN, and PAUL A. MACDONALD, in his official capacity as Executive Director, Plaintiffs, | : | |
| v. | : | C.A. No. 06-433ML |
| FLEET CONSTRUCTION CO., INC., Defendant. | : | |

**PLAINTIFFS' RESPONSE TO SHOW CAUSE ORDER**

Plaintiffs hereby file this statement in response to this Court's show cause order in the above-captioned matter. In support thereof, Plaintiffs state as follows:

1. Plaintiffs and Defendants have agreed to resolve the case.

2. Plaintiffs have agreed to dismiss the case upon receipt of payment from Defendants. The final payment should be received from Defendant by March 12, 2007. At that point, Plaintiffs will move to dismiss the case.

Respectfully submitted,
On behalf of Plaintiffs,
By their attorney,

/s/ Elizabeth Wiens #6827
Elizabeth Wiens, Esq. (#6827)
GURSKY LAW ASSOCIATES
420 Scrabbletown Road, Suite C
North Kingstown, RI 02852
(401) 294-4700
(401) 294-4702

Dated: March 8, 2007

CERTIFICATION

I hereby certify that I electronically filed the within document on March 8, 2007. The document is available for viewing and downloading from the Court's Electronic Case Filing system.

/s/ Elizabeth Wiens