**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

TEAMSTERS LOCAL 251 HEALTH SERVICES AND INSURANCE PLAN, and PAUL A. MACDONALD, in his official capacity as Executive Director,
Plaintiffs,

v. C.A. No. 06-433ML

FLEET CONSTRUCTION CO., INC.,
Defendant.

**VOLUNTARY DISMISSAL**

NOW COME Plaintiffs pursuant to Fed. R. Civ. P. 41(a) and voluntarily dismiss the above-captioned matter with prejudice.

Respectfully submitted,
On behalf of Plaintiffs,
By their attorney,

/s/ Elizabeth Wiens #6827
Elizabeth Wiens, Esq. (#6827)
GURSKY LAW ASSOCIATES
420 Scrabbletown Road, Suite C
North Kingstown, RI 02852
(401) 294-4700
(401) 294-4702

Dated: April 19, 2007

CERTIFICATION

I hereby certify that I electronically filed the within document on April 19, 2007. The document is available for viewing and downloading from the Court's Electronic Case Filing system.

/s/ Elizabeth Wiens